FILED ___ ENTERED
LOGGED ___ RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SEP 0 2 2008

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

KEITH MICKLES, pro-se
    PETITIONER.

V.

UNITED STATES OF AMERICA
    Respondent.

Case No: JFM-01-0456

MOTION TO REDUCE IMPOSED SENTENCE
PURSUANT TO 18 U.S.C. §3582(c)(2)
BASED UPON NOVEMBER 1st, 2007
RETROACTIVE AMENDMENT No: 706-711
COCAINE BASE SENTENCING, UNDER
1B1.10

    Comes now Petitioner in this action Keith Mickles, pro-se, respectfully asking this court to reduce his Base Offense Level two levels. Petitioner in this action was sentenced on October 24, 2003, by the Honorable Judge Motz, for a 21 U.S.C. § 846, 841, offense, Conspiracy to Distribute and Possession with intent to deliver Cocaine Base. Petitioner was sentenced to a term of 240 months. Offense code 391.

    Petitioner will not bring to this court a long boring brief of citing "Booker", Apprendi Issues. Petitioner only asks this court to just simply modify his sentence pursuant to March 3, 2008 effective application of Amendment 706-711.

    Petitioner meets all criteria. Petitioner is not a Career Offender, was not sentenced under 4B1.1, and does not have a poly-drug offense. Petitioner's projected release date is February 21, 2019. Petitioner asks this court to utilize 18 U.S.C. § 3553(A) in determining his reduction and also/order that he receive the 500 hour (R.D.A.P.) drug program to release him aproximately (with the two level reduction) in February 19, 2011.

Petitioner has completed the following program since being incarcerated. Marine Science, Residential Design, Health Awareness, Auto Mechanics, Vocational Training, and the 40 hour drug class, Petitioner also, has successfully completed the G.E.D. program. Clear conduct for 50 months till present.

## CONCLUSION

Where, Petitioner in this matter, ask for relief from his sentence under the applicable statute, § 3582(C)(2), lowering the Base Offense Level for crack Cocaine defendents who qualify. Petitioner Keith Mickles does indeed qualify, and only ask for his "Bite of the Apple".

Respectfully submitted on this
28th day of August, 2008

*Keith Mickles*
KEITH MICKLES # 34863-037

CERTIFICATE OF SERVICE

I, Keith Mickles, Petitioner in this litigation, do hereby certify that I have placed an exact copy of the foregoing motion to the below respondents for the United States Attorney's Office as to this motion to reduce sentence under 18 U.S.C. § 3582(C)(2), via prepaid postage, U.S. mail, by utilizing the prison mail box at F.C.I. Bennettsville, P.O. BOX 52020, Bennettsville, South Carolina, 29512

CLERK
UNITED STATES ATTORNEY'S OFFICE
BALTIMORE, MARYLAND, 21201
510 U.S. Courthouse

Excuted on this 28th day of
August, 2008 by the undersigned

*Keith Mickles*
KEITH MICKLES # 34863-037
F.C.I. BENNETTSVILLE
P.O. BOX 52020
BENNETTSVILLE, S.C. 29512